AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ROBERT LLOYD BUTTERFIELD,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: 3-11-cV-529-LRH-VPC

DAVID ROGER,

      Defendant.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

This action is dismissed without prejudice.

 September 15, 2011   **LANCE S. WILSON**
                                                           Clerk

                                                   /s/ Lia Griffin
                                                      Deputy Clerk